STATE of Missouri, Respondent,

v.

Anthony Tyrone McNACK, Appellant.

No. WD 76137.

Missouri Court of Appeals,
Western District.

Feb. 25, 2014.

Dora A. Fichter, Jefferson City, MO, for respondent.

Amy M. Bartholow, Columbia, MO, for appellant.

Before Division Two: GARY D. WITT, Presiding Judge, LISA WHITE HARDWICK, Judge and ALOK AHUJA, Judge.

**ORDER**

PER CURIAM:

Appellant Anthony McNack was charged in the Circuit Court of Henry County with possession of methamphetamine in violation of section 195.202.1. After a bench trial, the court found McNack guilty and sentenced him as a prior drug offender to eight years' imprisonment. McNack contests the sufficiency of the evidence. We affirm. Because a published opinion would serve no jurisprudential purpose, the parties have been provided a memorandum setting forth the reasons for this order. Rule 30.25(b).

Randy RALSTIN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 76405.

Missouri Court of Appeals,
Western District.

Feb. 25, 2014.

Jeannette L. Igbenebor, for appellant.

Shaun Mackelprang, for respondent.

Before Division Four: JAMES E. WELSH, Chief Judge, JOSEPH M. ELLIS, Judge and THOMAS H. NEWTON, Judge.

**ORDER**

PER CURIAM:

Appellant Randy Ralstin appeals from the Circuit Court of Jackson County's denial of his Rule 29.15 motion for postconviction relief following an evidentiary hearing. Appellant contends that his trial counsel provided ineffective assistance of counsel by failing to meaningfully consult with him about his right to testify and his right to a jury trial. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**